**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:11-po-005 |
| | ) |
| Brigham Oil and Gas, L.P., | ) |
| | ) |
| Defendant. | ) |

Application having been made to the Court by the United States for issuance of a Summons for the above-named defendant, and the Court having reviewed such Application and the accompanying affidavit of Richard A. Gross, the Court:

NOW HEREBY FINDS that probable cause exists to believe that a) an offense has been committed and b) the above-named defendant, Brigham Oil and Gas, L.P., committed such offense or offenses, and,

NOW HEREBY ORDERS that the Clerk of the United States District Court shall issue a summons for Brigham Oil and Gas, L.P.

**IT IS SO ORDERED.**

Dated this 22nd day of August, 2011.

                 */s/ Charles S. Miller, Jr.*
                 Charles S. Miller, Jr.
                 United States Magistrate Judge